IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

IN RE: §
§
JAMES M OLSON § CASE NO. 21-60198-JS-7
xxx-xx-1279 § CHAPTER 7
312 Flenniken St §
Gladewater, TX 75647-5676 §
§
§
MARY H. OLSON §
xxx-xx-7765 §
§

DEBTORS

## MOTION OF TRUSTEE TO EMPLOY REAL ESTATE BROKER
## 14-DAY NEGATIVE NOTICE – LBR 2004(a):

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal bases for opposing the relief.**

**No hearing will be conducted on this motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading *WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE* shown in the certificate of service unless the court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The court reserves the right to set a hearing on any matter.**

**TO THE HONORABLE Joshua P. Searcy, U.S. BANKRUPTCY JUDGE:**

Diane S. Carter, Trustee ("Trustee") files her Motion to Employ Real Estate Broker ("Motion") as follows:

1. On May 6, 2021, James M Olson and Mary H. Olson ("Debtor") filed with this Court a voluntary petition under Chapter 7 of the Bankruptcy Code. Diane S. Carter was thereafter appointed trustee of the estate, and is now the acting Chapter 7 Trustee.

2. The bankruptcy estate owns residential real property located at 3744 Highway 367 S Searcy, AR 72143-8746 ("the Property").

3. In order to market the Property most effectively and thereby liquidate the Property for the best and highest price, Trustee has solicited the assistance of Beverly Baldridge, a licensed professional real estate agent, whose address is 200 W. Mulberry Ave, Searcy AR 72143. Ms. Baldridge will inspect and market the Property at her expense, to show the Property to interested parties, represent the Trustee as seller in connection with the sale of the Property, and advise the Trustee with respect to obtaining the highest and best offers available in the present market for the Property.

4. Based upon the foregoing agreement, Trustee desires to hire Beverly Baldridge as real estate agent to procure and submit to the Trustee offers to purchase the Property. In consideration for the services, Beverly Baldridge will receive a 6% commission of the gross sales price of the Property.

5. Beverly Baldridge has been informed and understands that no sale may be consummated until after notice and a hearing.

6. Trustee is satisfied that Beverly Baldridge is a disinterested person within the meaning of 11 U.S.C. §101(14).

7. Beverly Baldridge is aware of the provisions of 11 U.S.C. §328(a) and has agreed, notwithstanding the terms and conditions of employment set forth herein, that the Court may allow compensation different from the compensation provided herein if such terms and

conditions prove to have been improvident in light of developments unanticipated at the time of the fixing of such terms and conditions.

WHEREFORE, PREMISES CONSIDERED, Trustee requests that the Court enter an order authorizing her to employ Beverly Baldridge as real estate broker on the terms and conditions set forth herein.

Dated: July 19, 2021

                                      Respectfully submitted,

                                      BARRON & CARTER, L.L.P.
                                      660 N. Central Expressway, #101
                                      Plano, Texas 75074
                                      Tel: (972) 422-9377
                                      Fax: (972) 578-9707

                                      By: */s/ Diane S. Carter*
                                      Diane S Carter, Trustee
                                      TBA NO. 24043310

## CERTIFICATE OF SERVICE

       I hereby certify that on July 26, 2021, a true and correct copy of the above and forgoing shall be served via electronic means, if available, otherwise by regular, first class mail to below and the attached mailing matrix:

| | | |
|---|---|---|
| Centennial Bank<br>c/o Cliff A. Wade, Baker Lopez<br>5728 LBJ Freeway, Suite 150<br>Dallas, TX 75240) | represented by | Cliff A Wade<br>Baker Lopez<br>5728 LBJ Freeway<br>Ste 150<br>Dallas, TX 75240 |
| Mr. and Mrs. James M Olson<br>312 Flenniken St<br>Gladewater, TX 75647-5676 | represented by | Carol Cross Stone<br>Law Office of Carol Cross Stone<br>1118 Judson Road<br>Longview, TX 75601 |

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

                                                              */s/ Diane S. Carter*_____
                                                              Diane S. Carter

```
Label Matrix for local noticing        AT&T                                    Alpha Recovery Corp.
0540-6                                 Attn: Bankruptcy Dept.                  6912 S. Quentin St. 10
Case 21-60198                          208 S Akard St Suite 3700               Englewood, CO 80112-4531
Eastern District of Texas              Dallas, TX 75202-4206
Tyler
Mon Jul 26 16:03:43 CDT 2021

Bank of America                        Bank of America NA                      Brand Source/Citi Bank
P.O. Box 15026                         PO Box 31785                            Attn: Bankruptcy
Wilmington, DE 19850-5026              Tampa, FL 33631-3785                    PO Box 6403
                                                                               Sioux Falls, SD 57117-6403


CHI St. Vincent Infirmary              Diane Carter                            Carti
2 St. Vincent Circle                   660 North Central Expressway            POB 55050
Little Rock, AR 72205-5499             Ste. 101                                Little Rock, AR 72215-5050
                                       Plano, TX 75074-6759


Centennial Bank                        (p)CENTENNIAL BANK ATTN SPECIAL ASSETS  Centennial Bank
c/o Cliff A. Wade, Baker Lopez         P O BOX 1028                            c/o Cliff A. Wade
5728 LBJ Freeway, Suite 150            CABOT AR 72023-1028                     Baker Lopez
Dallas, TX 75240-6340                                                          5728 LBJ Freeway, Suite 150
                                                                               Dallas, Texas 75240-6340

Chase Auto Finance                     Citibank, N.A.                          Discover Bank
14800 Frye Road                        5800 S Corporate Pl                     Discover Products Inc
Fort Worth, TX 76155-2732              Sioux Falls, SD  57108-5027             PO Box 3025
                                                                               New Albany, OH 43054-3025


Discover Financial                     Ethan Noakes                            First Security Bank
Attn: Bankruptcy                       214 Vincent St.                         Attn: Bankruptcy
PO Box 3025                            Bradford, AR 72020                      PO Box 1009
New Albany, OH 43054-3025                                                      Searcy, AR 72145-1009


Mechanics Bank                         James M Olson                           Mary H. Olson
Attn: Legal Dept                       312 Flenniken St                        312 Flenniken St
PO Box 5610                            Gladewater, TX 75647-5676               Gladewater, TX 75647-5676
Hercules, CA 94547-5610


PRA Receivables Management, LLC        Carol Cross Stone                       Synchrony Bank/Lowes
PO Box 41021                           Law Office of Carol Cross Stone         Attn:  Bankruptcy
Norfolk, VA 23541-1021                 1118 Judson Road                        PO Box 965060
                                       Longview, TX 75601-5117                 Orlando, FL 32896-5060


Synovus Bank/GreenSky                  U.S. Attorney General                   US Trustee
Attn: Bankruptcy                       Department of Justice                   Office of the U.S. Trustee
PO Box 120                             Main Justice Building                   110 N. College Ave.
Columbus, GA 31902-0120                10th & Constitution Ave., NW            Suite 300
                                       Washington, DC 20530-0001               Tyler, TX 75702-7231


UT Health NE MD Anderson Cancer Center Cliff A Wade                            White County
UT Texas of  Tyler                     Baker Lopez                             119 West Arch
11937 US Hwy 271                       5728 LBJ Freeway                        Searcy, AR 72143-7723
Tyler, TX 75708-3154                   Ste 150
                                       Dallas, TX 75240-6340
```

Zwicker & Associates, PC
80 Minuteman Rd
Andover, MA 01810-1008

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Centennial Bank
1300 W. Beebe Capps
Searcy, AR 72143

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Diane Carter<br>660 North Central Expressway<br>Ste. 101<br>Plano, TX 75074-6759 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    30<br>Bypassed recipients    2<br>Total    32 |