# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

IN RE:

JAMES M OLSON
xxx-xx-1279
312 Flenniken St
Gladewater, TX 75647-5676

MARY H. OLSON
xxx-xx-7765

DEBTORS

§
§
§
§
§
§
§
§
§
§
§
§

CASE NO. 21-60198
CHAPTER 7

## MOTION TO APPROVE SALE OF REAL PROPERTY
## LOCATED AT 3744 HIGHWAY 367 S, SEARCY, AR 72143,
## FREE OF LIENS, CLAIMS AND ENCUMBRANCES, WITH LIENS,
## CLAIMS AND ENCUMBRANCES TO ATTACH TO SALES PROCEEDS

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you must file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this application unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading *WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE* shown in the certificate of service unless the court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The court reserves the right to set a hearing on any matter.**

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE JOSHUA SEARCY:**

COMES NOW, Diane Carter, the duly qualified and acting Chapter 7 Trustee for the above-styled and numbered cause, and files this Motion to Approve Sale of Real Property Located at 3744 Highway 367 S, Searcy, AR 72143 Free of Liens, Claims and Encumbrances, with Liens, Claims and Encumbrances to Attach to Sales Proceeds (the "Motion"), pursuant to

11 U.S.C. §363(f) and Fed.R.Bankr.P. 6004(c), and in support hereof, would show the Court as follows:

1. This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §§ 1334 and 157. This matter involves the sale of property of the estate and, thus, constitutes a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (N).

2. On 05/06/2021, a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") was filed by Debtors. Diane Carter is the duly appointed and acting Chapter 7 Trustee.

3. As of the Petition Date, the following properties were identified by the Debtors on Schedule A of their bankruptcy schedules:

| a. No. | Asset Description | Asset Value | Liens | Exemptions | Net Value | Statute |
|---|---|---|---|---|---|---|
| 1 | Appraised at 108k. Rebuilt single-wide mobile home & .47 acres w/ 2 shops. Debtor reduced price to 80k and could not sell due to financing barriers on singlewide mobile home. 3744 Highway 367 S Searcy, AR 72143-8746 | $77,000.00 | $45,579.54 | $10,000.00 | $21,420.46 | 11 U.S.C. Â§ 522(d)(5) |
| Total: | | $77,000.00 | $45,579.54 | $10,000.00 | $21,420.46 | |

4. Trustee has received an offer (the "Contract") to purchase the Property from Efrain Rodriquez ("Purchaser") for the sum of $69,900.00 (the "Purchase Price"). A copy of the Contract is attached hereto as Exhibit "A".

5.  Trustee requests authority to enter into the Contract and sell the Debtors' interest in the Property pursuant to its terms to Purchaser. Trustee believes the Purchase Price represents the fair market value of the interest in the Property and that the proposed sale is in the best interest of the estate. Trustee requests that (i) the sale be made "as is, where is" without any representations or warranties concerning the condition, suitability or habitability of the Property; (ii) that it be without any representations or warranties as to ownership, title, right or interest in or to any fixtures, personal property or improvements on the Property.

6.  Trustee requests authority to sell the interest in the Property free and clear of all liens, claims and encumbrances pursuant to Section 363(f)(3), (4) and/or (5) of the Bankruptcy Code with such liens, claims and encumbrances attaching to the sales proceeds.

7.  Trustee further requests authorization to pay at closing and, at her discretion, the ad valorem taxes due and owing on the Property, if any, and other closing costs as set forth in the Contract. Closing costs would include the normal costs at a real estate closing including the costs for a title policy and payment of the any commissions. In addition, the total sales commission of 6% -2.4% to the buyer's agent and 3.6 to Seller's agent. Finally, Trustee requests authorization to execute all documents necessary to consummate the closing of an approved sale.

8.  Trustee also requests that in the event this transaction does not close that the Trustee is authorized to sell the Property to any third party who pays at least $69,900.00 to purchase the property.

9.  Trustee requests the fourteen-day stay under Bankruptcy Rule 6004(h) is waived and the entry of the Sale Order and shall be effective and enforceable immediately upon entry.

## **PRAYER**

WHEREFORE, Trustee prays that the Court enter an order pursuant to 11 U.S.C. § 363(f) authorizing her to (i) enter into the Contract, (ii) sell the interest in the Property to Purchaser pursuant to the Contract as described above free and clear of any and all liens, claims and encumbrances with any and all such liens, claims and encumbrances attaching to the sale proceeds (iii) pay ad valorem taxes and closing costs out of the sale proceeds, and (iv) in the event that the Purchaser does not close, then the Trustee is authorized to sell the Property to any third party who pays at least $69,900.00 to purchase the property (v) granting this motion and granting the Trustee such other and further relief to which she is justly entitled.

DATED: August 20, 2021

Respectfully submitted,

BARRON & CARTER, L.L.P.
660 N. Central Expressway, #101
Plano, Texas 75074
Tel:  (972) 422-9377
Fax: (972) 578-9707

By: */s/ Diane S. Carter*_____
    Diane S. Carter, Trustee
    TBA NO. 24043310

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing instrument was served on the parties on the attached mailing list in accordance with LBR 9013(f) either through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, or by first class United States Mail, postage prepaid on August 20, 2021 and the attached mailing matrix.

Beverly Baldridge
200 W. Mulberry Ave.
Searcy, AR 72143*)*

| | | |
|---|---|---|
| Centennial Bank<br>c/o Cliff A. Wade, Baker Lopez<br>5728 LBJ Freeway, Suite 150<br>Dallas, TX 75240 | represented by | Cliff A Wade<br>Baker Lopez<br>5728 LBJ Freeway<br>Ste 150<br>Dallas, TX 75240 |

JPMorgan Chase Bank, N. A.
14841 Dallas Parkway, Suite 425
Dallas, TX 75254

| | | |
|---|---|---|
| James M Olson<br>312 Flenniken St<br>Gladewater, TX 75647-5676 | represented by | Carol Cross Stone<br>Law Office of Carol Cross Stone<br>1118 Judson Road<br>Longview, TX 75601 |

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

*/s/ Diane S. Carter*_____
Diane S. Carter

```
Label Matrix for local noticing      AT&T                                 Alpha Recovery Corp.
0540-6                                Attn: Bankruptcy Dept.              6912 S. Quentin St. 10
Case 21-60198                         208 S Akard St Suite 3700           Englewood, CO 80112-4531
Eastern District of Texas             Dallas, TX 75202-4206
Tyler
Fri Aug 20 14:10:21 CDT 2021

Beverly Baldridge                     Bank of America                     Bank of America NA
200 W. Mulberry Ave.                  P.O. Box 15026                      PO Box 31785
Searcy, AR 72143-6709                 Wilmington, DE 19850-5026           Tampa, FL 33631-3785


Brand Source/Citi Bank                CHI St. Vincent Infirmary           Diane Carter
Attn: Bankruptcy                      2 St. Vincent Circle                660 North Central Expressway
PO Box 6403                           Little Rock, AR 72205-5499          Ste. 101
Sioux Falls, SD 57117-6403                                                Plano, TX 75074-6759


Carti                                 Centennial Bank                     (p)CENTENNIAL BANK ATTN SPECIAL ASSETS
POB 55050                             c/o Cliff A. Wade, Baker Lopez      P O BOX 1028
Little Rock, AR 72215-5050            5728 LBJ Freeway, Suite 150         CABOT AR 72023-1028
                                      Dallas, TX 75240-6340


Centennial Bank                       Chase Auto Finance                  Citibank, N.A.
c/o Cliff A. Wade                     14800 Frye Road                     5800 S Corporate Pl
Baker Lopez                           Fort Worth, TX 76155-2732           Sioux Falls, SD  57108-5027
5728 LBJ Freeway, Suite 150
Dallas, Texas 75240-6340

Discover Bank                         Discover Financial                  Ethan Noakes
Discover Products Inc                 Attn: Bankruptcy                    214 Vincent St.
PO Box 3025                           PO Box 3025                         Bradford, AR 72020
New Albany, OH 43054-3025             New Albany, OH 43054-3025


First Security Bank                   JPMorgan Chase Bank, N. A.          Mechanics Bank
Attn: Bankruptcy                      14841 Dallas Parkway, Suite 425     Attn: Legal Dept
PO Box 1009                           Dallas, TX 75254-8067               PO Box 5610
Searcy, AR 72145-1009                                                     Hercules, CA 94547-5610


James M Olson                         Mary H. Olson                       PRA Receivables Management, LLC
312 Flenniken St                      312 Flenniken St                    PO Box 41021
Gladewater, TX 75647-5676             Gladewater, TX 75647-5676           Norfolk, VA 23541-1021


Carol Cross Stone                     Synchrony Bank                      Synchrony Bank/Lowes
Law Office of Carol Cross Stone       c/o PRA Receivables Management, LLC Attn:  Bankruptcy
1118 Judson Road                      PO Box 41021                        PO Box 965060
Longview, TX 75601-5117               Norfolk VA 23541-1021               Orlando, FL 32896-5060


Synovus Bank/GreenSky                 U.S. Attorney General               US Trustee
Attn: Bankruptcy                      Department of Justice               Office of the U.S. Trustee
PO Box 120                            Main Justice Building               110 N. College Ave.
Columbus, GA 31902-0120               10th & Constitution Ave., NW        Suite 300
                                      Washington, DC 20530-0001           Tyler, TX 75702-7231
```

| | | |
|---|---|---|
| UT Health NE MD Anderson Cancer Center<br>UT Texas of Tyler<br>11937 US Hwy 271<br>Tyler, TX 75708-3154 | Cliff A Wade<br>Baker Lopez<br>5728 LBJ Freeway<br>Ste 150<br>Dallas, TX 75240-6340 | White County<br>119 West Arch<br>Searcy, AR 72143-7723 |

Zwicker & Associates, PC
80 Minuteman Rd
Andover, MA 01810-1008

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Centennial Bank
1300 W. Beebe Capps
Searcy, AR 72143

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Diane Carter<br>660 North Central Expressway<br>Ste. 101<br>Plano, TX 75074-6759 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients    33<br>Bypassed recipients     2<br>Total                  35 |