IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
EASTERN DIVISION

IN RE:   CASE NO: 21-60198
James M Olson
Mary H. Olson   Chapter 7

    Debtors.
_____/

**RESPONSE TO MOTION TO SELL REAL PROPERTY**

COMES NOW Bank of America, N.A. ("Creditor"), and in support hereof, states as follows:

1. Debtors filed a Motion to Sell Property located at 3744 HWY 367 S, Searcy, AR 72143-8746 ("Property") on August 20, 2021 ("Motion"). *See* Dkt. #23.

2. The Motion states the total sales price under the contract to sell is $69,900.00.

3. Creditor does not object to the Motion per se. However, Creditor wants the Order allowing the Sale of the Property to expressly state that the Creditor is not required to release its lien until the same has been paid in full.

4. Trustee has requested payoff figures good through September 17, 2021. In the event the closing is delayed, a new written payoff statement shall be obtained from Secured Creditor that will not have expired prior to closing.

5. Additionally, Creditor wants the Order to expressly grant it authority to communicate with the title company and escrow officer, to ensure the sales transaction is properly handled.

6. Lastly, Creditor requests that the Order state the date and time of the closing, to

avoid any ambiguity as to when it will take place.

**WHEREFORE**, Creditor prays the Court enter an Order allowing for the Sale of the Property, so long as it expressly states the items requested by the Creditor herein, alternatively Creditor requests the Court deny Debtor's Motion to Sell Property, and for all other relief Court deems appropriate.

Dated: September 8, 2021.

                          Respectfully submitted,
                          MARINOSCI LAW GROUP, P.C.

/s/ *Sammy Hooda*
Sammy Hooda, Esq.
Attorney Bar No.: 24064032
14643 Dallas Parkway, Suite 750
Dallas, TX 75254
Telephone: 972-331-2300
Facsimile: 972-331-5240
Email: bkinquiries@mlgdefaultlaw.com
        ATTORNEYS FOR MOVANT

## CERTIFICATE OF SERVICE

I, *Sammy Hooda,* certify that a true and correct copy of the Response to Motion to Sell Property was served on the following parties in interest either via U.S. Mail or via CM/ECF on September 8, 2021.

**VIA CM/ECF**

    Carol Cross Stone
    Law Office of Carol Cross Stone
    1118 Judson Road
    Longview, TX 75601

    Diane Carter
    660 North Central Expressway
    Ste. 101
    Plano, TX 75074

    **U.S. Trustee (ust)**
    Office of the U.S. Trustee
    110 N. College Ave.
    Suite 300
    Tyler, TX 75702

VIA U.S. Mail

**Debtor**
    James M Olson
    312 Flenniken St
    Gladewater, TX 75647-5676

    Mary H. Olson
    312 Flenniken St
    Gladewater, TX 75647-5676

    /s/ *Sammy Hooda*
    Sammy Hooda, Esq.